IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GOLDEN VASQUEZ,

    Petitioner,

v.                                                                                                CASE NO. 1:09-cv-229-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

    This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Golden Vasquez. Petitioner is currently incarcerated at Lowell Correctional Institution, which is located within the Middle District of Florida, and challenges her continued incarceration after the court of appeal ordered the Circuit Court of Broward County, Florida, which is within the Southern District of Florida, to review her sentence.  Jurisdiction is therefore appropriate in either the United States District Court for the Middle District of Florida, as the district of confinement, or the United States District Court for the Southern District of Florida, as the district of conviction.  28 U.S.C. § 2241(d).  Under no circumstances is this cause properly pending in this district.  Because Petitioner complains of actions taken by the sentencing court in Broward County, it is the more appropriate court to handle the instant petition.

    It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Southern District of Florida for all further proceedings.

    **IN CHAMBERS** at Gainesville, Florida, this *21*<sup>th</sup> day of October, 2009.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

      **A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

1:09cv228-MMP/AK